O

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**EASTERN DIVISION**

| | |
|---|---|
| MAIKOL ALEXIS VARGAS SOLORZANO,<br><br>Petitioner,<br><br>v.<br><br>WARDEN,<br><br>Respondent. | Case No. 5:26-cv-02785-CAS-DFM<br><br>Order Accepting Report and Recommendation of United States Magistrate Judge |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition for Writ of Habeas Corpus, all relevant records on file, and the Report and Recommendation of the United States Magistrate Judge. No objections were filed by the deadline.

ACCORDINGLY, IT IS HEREBY ORDERED THAT:

1. The Report and Recommendation of the United States Magistrate Judge is **ACCEPTED**.

2. The Petition is **GRANTED** to the extent it seeks release from custody.

3. Respondents are **DIRECTED** to immediately release Petitioner Maikol Alexis Vargas Solorzano (A# 249-206-784) on the same conditions of release that applied immediately before his re-detention.

4. Respondents are **DIRECTED** to file a status report within five (5) days after release confirming compliance with this Order.

Date: July 16, 2026

CHRISTINA A. SNYDER
United States District Judge