JS-6

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**EASTERN DIVISION**

| | |
|---|---|
| MAIKOL ALEXIS VARGAS SOLORZANO,<br>Petitioner,<br>v.<br>WARDEN,<br>Respondent. | Case No. 5:26-cv-02785-CAS-DFM<br><br>JUDGMENT |

Pursuant to the Court's Order Accepting the Report and Recommendation of the United States Magistrate Judge,

IT IS HEREBY ADJUDGED that:

1. The Petition for Writ of Habeas Corpus is **GRANTED** to the extent it seeks release from custody.

2. Respondent shall immediately release Petitioner Maikol Alexis Vargas Solorzano (A# 249-206-784) on the same conditions of release that applied immediately before his re-detention.

Date: July 16, 2026

Christina A. Snyder

CHRISTINA A. SNYDER
United States District Judge